### DEAL v. BARNES.

COBB, J. The evidence, though conflicting, warranted the verdict, and there was no abuse of discretion in overruling the motion for a new trial.

*Judgment affirmed. By five Justices.*

Submitted February 12, — Decided March 17, 1903.

Action of deceit. Before Judge Evans. Bulloch superior court. June 9, 1902.

*J. A. Brannen* and *Moore & Deal,* for plaintiff in error.
*H. B. Strange,* contra.